UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    12-cr-00378-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO BORQUEZ-DOMINGUEZ,
2. MANUEL TORRES-HERMOSILLO, a/k/a "Sinaloa" "Meno" and "Chapito,"
3. ERNESTO MELENDREZ, a/k/a "Cholo,"
4. SILVANO CARLOS SANDOVAL,
5. JESUS GARCIA, a/k/a "Jesse,"
6. FRANCISCO JAVIER TORRES-GUERRERO, a/k/a "Javi" and "Francisco,"
7. FERNANDO CHAVEZ-LARA, a/k/a "Churumba,"
8. JAIME AVILA-PALOMINO,
9. JESUS M. BAUDELIO,
10. GILBERTO GARCIA, and
11. VERONICA TOMAS, a/k/a "Vero,"

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure.

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that The Government's Motion to Disclose Grand Jury Material (ECF Doc. No. 100), filed October 30, 2012, is **GRANTED.**   It is further

ORDERED that grand jury testimony may be disclosed to the defendants and their attorney in the course of discovery in this case.   It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated:   October 31, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE